# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| GOOD SPORTSMAN MARKETING, LLC, and IP HOLDINGS, INC. </br></br>Plaintiffs, </br></br>v. </br></br>BESTBUY.COM, LLC, and BEST BUY STORES, L.P. </br></br>Defendants. | Civil Action No. 6:11-cv-188 </br></br>JURY DEMANDED |

**PLAINTIFFS MOTION TO DISMISS BEST BUY, INC. WITHOUT PREJUDICE**

Plaintiffs Good Sportsman Marketing, LLC and IP Holdings, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), move for an order dismissing all claims asserted by Plaintiffs against Defendant Best Buy, Inc., in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 26, 2011    Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:  */s/ Eric W. Buether*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1271
Facsimile: (214) 635-1827

**ATTORNEYS FOR PLAINTIFFS
GOOD SPORTSMAN MARKETING, LLC
and IP HOLDINGS, INC.**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 26th day of July, 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

                                      */s/ Eric W. Buether*
                                      Eric W. Buether