## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| GOOD SPORTSMAN MARKETING, LLC, and IP HOLDINGS, INC. | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 6:11-cv-188<br>)<br>) JURY DEMANDED |
| v. | )<br>) |
| BESTBUY.COM, LLC, and BEST BUY STORES, L.P. | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Having considered the motion of Plaintiffs Good Sportsman Marketing, LLC, and IP Holdings, Inc., to dismiss their claims against Defendant Best Buy, Inc., without prejudice, the Court finds that good cause exists for granting the motion. The Unopposed Motion to Dismiss is GRANTED. All claims asserted by Plaintiffs against Best Buy, Inc., are hereby dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 5th day of August, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**