IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GOOD SPORTSMAN MARKETING, LLC and IP HOLDINGS, INC., <br><br>*Plaintiffs,* <br><br>v. <br><br>BESTBUY.COM, LLC and BEST BUY STORES, L.P., <br><br>*Defendants.* | § § § § § § § § § § § § § Civil Action No. 6:11-cv-00188-LED <br><br>Jury Trial Demanded |

## STIPULATED MOTION FOR DISMISSAL OF
## DEFENDANTS BESTBUY.COM AND BEST BUY STORES, L.P.

Plaintiffs Good Sportsman Marketing, LLC and IP Holdings, Inc. (collectively "GSM") and Defendants Bestbuy.com and Best Buy Stores, L.P.'s (collectively "Best Buy"), pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims brought by GSM against Best Buy and all counterclaims brought by Best Buy against GSM in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "Settlement and Patent License Agreement" between GSM and Alpha Comm Enterprises, Inc. dated April 9, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 16, 2013                                          Respectfully submitted,

| | |
|---|---|
| **BUETHER JOE & CARPENTER, LLC** | **JACKSON WALKER** |
| By: */s/ Monica Tavakoli* <br> Eric W. Buether (Lead Counsel) <br> State Bar No. 03316880 <br> Eric.Buether@BJCIPLaw.com <br> Monica Tavakoli <br> State Bar No. 24065822 <br> Monica.Tavakoli@BJCIPLaw.com <br><br> 1700 Pacific Avenue <br> Suite 4750 <br> Dallas, Texas 75201 <br> Telephone:    (214) 635-1839 <br> Facsimile:    (972) 656-0967 <br><br> **ATTORNEYS FOR PLAINTIFF GOOD SPORTSMAN MARKETING, LLC AND IP HOLDINGS, INC. ("GSM")** | By: */s/ John Jackson* <br> Robert P. Latham <br> State Bar No. 11975500 <br> blatham@jw.com <br> John M. Jackson <br> State Bar No. 24002340 <br> jjackson@jw.com <br> Matthew C. Acosta <br> State Bar No. 24062577 <br> macosta@jw.com <br><br> 901 Main Street <br> Suite 6000 <br> Dallas, Texas  75202-4207 <br> Telephone:    (214) 953-5806 <br> Facsimile:    (214) 661-6607 <br><br> **ATTORNEYS FOR DEFENDANTS BESTBUY.COM, LLC AND BEST BUY STORES, L.P.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 16th day of April, 2013.  Any other counsel of record will be served by facsimile transmission.

*/s/ Monica Tavakoli*
Monica Tavakoli

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendants regarding the foregoing Stipulated Motion for Dismissal, and all parties are in agreement.

*/s/ Monica Tavakoli*
Monica Tavakoli