IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, LLC and IP HOLDINGS, INC., | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 6:11-cv-00188-LED |
| v. | § § | Jury Trial Demanded |
| BESTBUY.COM, LLC and BEST BUY STORES, L.P., | § § § | |
| *Defendants.* | § § | |

**ORDER DISMISSING DEFENDANTS BESTBUY.COM, LLC AND BEST BUY STORES, L.P. WITH PREJUDICE**

Having considered Plaintiffs Good Sportsman Marketing, LLC and IP Holdings, Inc. (collectively "GSM") and Defendants Bestbuy.com and Best Buy Stores, L.P.'s (collectively "Best Buy") Stipulated Motion for Dismissal of all claims against Best Buy, the Court finds that the motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted by GSM against Best Buy and all counterclaims brought by Best Buy against GSM are hereby dismissed WITH PREJUDICE, subject to the terms of that certain agreement entitled "Settlement and Patent License Agreement" between GSM and Alpha Comm Enterprises, Inc. dated April 9, 2013.

Each party shall bear its own costs, expenses, and attorneys' fees.

So ORDERED and SIGNED this 18th day of April, 2013.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**